HOPKINS v. THE CENTRAL RAILROAD CO., and *vice versa.*

Practice in Supreme Court.

BLECKLEY, C. J.—These cases are controlled by the act of November 11, 1889, which prescribes the manner of taking cases to the Supreme Court, and declares this manner the exclusive one after January 1, 1890.    *Writs of error dismissed.*

February 23, 1891. By two Justices.

C. C. DUNCAN and L. F. GARRARD, for plaintiff.

R. F. LYON, for defendant.